IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TENEKIA SHANNON,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 20-00490-B |
| **KILOLO KIJAKAZI,**<br>Acting Commissioner of<br>Social Security, | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income be **AFFIRMED.**

**DONE** this **7th** day of **September, 2022.**

　　　　　　　　　　　　　　　　／s/ SONJA F. BIVINS
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE